Henry P. Baer, Jr.
Tony Miodonka
**FINN DIXON & HERLING LLP**
177 Broad Street
Stamford, Connecticut  06901
Telephone:   (203) 325-5000
Facsimile:    (203) 325-5001
*Proposed Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| FX CONCEPTS, LLC, | Chapter 11 |
| Debtor. | Case No. 13-13446 (REG) |

**ORDER AUTHORIZING THE**
**JOINT ADMINISTRATION OF DEBTORS' RELATED CHAPTER 11 CASES**

IT IS HEREBY ORDERED THAT:

1. Pursuant to Paragraph 10 of the Order Authorizing the Joint Administration of Debtors' Related Chapter 11 Cases entered on October 23, 2013 (Case No. 13-13379 (REG), Doc. No. 16), the above captioned action is hereby consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 13-13379 (REG).

Dated: November __, 2013
New York, New York

_____
United States Bankruptcy Judge

{01735487; 1; 3440-3 }