# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No.   13-13446 (REB) |
| FX CONCEPTS, LLC | Chapter 11 |
| Debtor. | |

## SCHEDULES OF ASSETS AND LIABILITIES AND SCHEDULE
## OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

The Debtor submits its Schedules of Assets and Liabilities and Schedule of Executory Contracts and Unexpired Leases (the "Schedules") pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007.

The Debtor has used its best efforts to compile the information contained in the Schedules, based on its books and records maintained in the ordinary course of its business.

The Schedules remain subject to further review and verification by the Debtor.  Subsequent information may result in material changes in financial or other data contained in the Schedules.  The Debtor reserves the right to amend the Schedules from time to time as may be necessary or appropriate.

### Declaration

I, Michael Meenan, declare under penalty of perjury that I have reviewed the information contained in these Schedules, and subject to any and all notes applicable to the Schedules and my reliance on the Debtor's personnel to the extent involved in the preparation of these Schedules, that they are true and correct to the best of my knowledge, information and belief.

Dated: November 25, 2013

/s/  *Michael Meenan*
_____
Signature

Michael Meenan
_____
Name

Chief Restructuring Officer
_____
Title

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:   **FX CONCEPTS, LLC**                                        Case No.:   **13-13446 (REB)**

---

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add  the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | ASSETS | LIABILITIES |
|---|---|---|---|
| A.  Real Property | Yes | $0.00 | |
| B.  Personal Property | Yes | $21,371,663.30 | |
| C.  Property Claimed As Exempt | No | | |
| D.  Creditors Holding Secured Claims | Yes | | $0.00 |
| E.  Creditors Holding Unsecured Priority Claims | Yes | | $0.00 |
| F.  Creditors Holding Unsecured Nonpriority Claims | Yes | | $198,683.06 |
| G.  Executory Contracts and Unexpired Leases | Yes | | |
| H.  Codebtors | Yes | | |
| I.  Current Income of Individual Debtor(s) | No | | |
| J.  Current Expenditures of Individual Debtor(s) | No | | |
| **TOTALS** | | **$21,371,663.30** | **$198,683.06** |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:   **FX CONCEPTS, LLC**                                          **Case No.:   13-13446 (REB)**

---

### SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor holds no interest in real property, write "None" under "Description and Location of  Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory  Contracts and Unexpired Leases.**

If an entity claims to have a lien or holds a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

<u>See Attached</u>

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re: **FX CONCEPTS, LLC**                                   **Case No.: 13-13446 (REB)**

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|
| **-None-** | | | |
| **TOTAL SCHEDULE A:** | | $0.00 | |
| **TOTAL DEBTOR:** | | $0.00 | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:   **FX CONCEPTS, LLC**                                                    **Case No.:   13-13446 (REB)**

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

**See Attached**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: FX CONCEPTS, LLC                                    Case No.: 13-13446 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 1.  Cash on hand. | X | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | SEE EXHIBIT-B2 | $2,339.82 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | SEE EXHIBIT-B3 | $783.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6.  Wearing apparel. | X | | |
| 7.  Furs and jewelry. | X | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities. Itemize and name each issuer. | X | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. § 503(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | |

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: FX CONCEPTS, LLC                                      Case No.: 13-13446 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16.  Accounts receivable. | | SEE EXHIBIT-B16 | $21,105,938.75 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A of Real Property. | X | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: FX CONCEPTS, LLC                                                Case No.: 13-13446 (REB)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Net Book Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption |
|---|---|---|---|
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41a)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26.  Boats, motors, and accessories. | X | | |
| 27.  Aircraft and accessories. | X | | |
| 28.  Office equipment, furnishings, and supplies. | | SEE EXHIBIT-B28 | $50,837.08 |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | | SEE EXHIBIT-B29 | $211,764.65 |
| 30.  Inventory. | X | | |
| 31.  Animals. | X | | |
| 32.  Crop - growing or harvested. Give particulars. | X | | |
| 33.  Farm equipment and implements. | X | | |
| 34.  Farm supplies, chemicals, and feed. | X | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | |
| | | **TOTAL:** | $21,371,663.30 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: **FX CONCEPTS, LLC**                                    Case No.: **13-13446 (REB)**

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B2

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 29 | BANK ACCOUNTS - OPERATING | BANK OF NEW YORK<br>101 BARCLAY STREET<br>NEW YORK, NY 10286 | $2,339.82 |
| | | **TOTAL:** | $2,339.82 |

UNITED STATES BANKRUPTCY COURT

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: **FX CONCEPTS, LLC** | **Case No.: 13-13446 (REB)** |

## SCHEDULE B - PERSONAL PROPERTY
### EXHIBIT   B3

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 30 | SECURITY DEPOSIT | FISHER ROAD, LLC<br>1173 PITTSFORD-VICTOR ROAD, SUITE 140<br>PITTSFORD, NY 14534 | $783.00 |
| | | **TOTAL:** | $783.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: FX CONCEPTS, LLC                                    Case No.: 13-13446 (REB)

## SCHEDULE B - PERSONAL PROPERTY
### EXHIBIT   B16

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 31 | EMPLOYEE RECEIVABLES | VARIOUS EMPLOYEES<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $19,424.88 |
| 33 | INTERCOMPANY RECEIVABLES | FX CONCEPTS TRADING ADVISOR, LLC<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $6,106,875.49 |
| 32 | INTERCOMPANY RECEIVABLES | INTERNATIONAL FOREIGN EXCHANGE<br>CONCEPTS, L.P.<br>3 PARK AVENUE<br>NEW YORK, NY 10016 | $14,979,638.38 |
| | | TOTAL: | $21,105,938.75 |

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF NEW YORK

In re: FX CONCEPTS, LLC                                    Case No.: 13-13446 (REB)

## SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B28

| Asset Id | Description | Location | Net Book Value |
|----------|-------------|----------|----------------|
| 35 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | COMPUTER HARDWARE 3 PARK AVENUE NEW YORK, NY 10016 | $13,867.39 |
| 34 | OFFICE EQUIPMENT, FURNISHINGS AND SUPPLIES | COMPUTER SOFTWARE 3 PARK AVENUE NEW YORK, NY 10016 | $36,969.69 |
| | | TOTAL: | $50,837.08 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re: FX CONCEPTS, LLC                                    Case No.: 13-13446 (REB)

# SCHEDULE B - PERSONAL PROPERTY
## EXHIBIT   B29

| Asset Id | Description | Location | Net Book Value |
|---|---|---|---|
| 36 | MACHINERY AND EQUIPMENT USED IN BUSINESS | MODELS 3 PARK AVENUE NEW YORK, NY 10016 | $211,764.65 |
| | | **TOTAL:** | $211,764.65 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:  FX CONCEPTS, LLC                                          Case No.:   13-13446 (REB)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C.§ 112 and Fed. R. Bankr. P.1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules.

[X]Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **FX CONCEPTS, LLC**                                                      **Case No.:   13-13446 (REB)**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule.  In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.  Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedules. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liability and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet.  Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedules. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liability and Related Data.

[X]      Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

[ ]      **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the Debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

[ ]      **Extensions of Credit in an Involuntary Case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF NEW YORK

---

In re:  **FX CONCEPTS, LLC**                                          Case No.:   **13-13446 (REB)**

---

[ ]        **Wages, Salaries, and Commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475.00* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

[ ]        **Contributions to Employee Benefit Plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

[ ]        **Certain Farmers and Fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

[ ]        **Deposits by Individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

[ ]        **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

[ ]        **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

[ ]        **Claims for Death or Personal Injury While Debtor was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2016, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  **FX CONCEPTS, LLC**                                         Case No.:   **13-13446 (REB)**

---

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account  number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated. "  If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in  more than one of these three columns.)

Report total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

[  ] Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

**See Attached**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

**In re: FX CONCEPTS, LLC**                                                     **Case No.: 13-13446 (REB)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| BLOOMBERG FINANCE LP<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 30244<br>HARTFORD  CT  06150<br>Creditor: 424 - 10<br>Vendor: 200072 | TRADE PAYABLE | | | | | $10,448.80 |
| BLOOMBERG LP  (ROCHESTER)<br>731 LEXINGTON AVE<br>NEW YORK  NY  10022<br>Creditor: 422 - 10<br>Vendor: 200066 | TRADE PAYABLE | | | | | $972.00 |
| CANON FINANCIAL SERVICES INC<br>PRESIDENT / GENERAL COUNSEL<br>14904 COLLECTIONS CENTER DR<br>CHICAGO  IL  60693-0149<br>Creditor: 201 - 06<br>Vendor: 300011 | TRADE PAYABLE | | | | | $2,338.64 |
| CITRIX ONLINE<br>PRESIDENT / GENERAL COUNSEL<br>7414 HOLLISTER AVE<br>GOLETA  CA  93117<br>Creditor: 203 - 06<br>Vendor: 300103 | TRADE PAYABLE | | | | | $592.00 |
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br>DB - ALEX BROWN<br>280 PARK AVE<br>NEW YORK  NY  10017<br>Creditor: 327 - 18 | TRADE PAYABLE | X | | | | UNLIQUIDATED |
| EXCELLUS BLUECROSS BLUESHIELD<br>PRESIDENT / GENERAL COUNSEL<br>PO BOX 5266<br>BINGHAMTON  NY  13902<br>Creditor: 202 - 06<br>Vendor: 200070 | HEALTH INSURANCE | | | | | $1,375.84 |
| EZECASTLE INTEGRATION<br>PRESIDENT / GENERAL COUNSEL<br>ONE FEDERAL ST, 9TH FL<br>BOSTON  MA  02110<br>Creditor: 209 - 07<br>Vendor: 200071 | TRADE PAYABLE | | | | | $0.00 |

**PAGE TOTAL:**                                                          **$15,727.28**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re: FX CONCEPTS, LLC                                                    Case No.: 13-13446 (REB)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim. If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    ACCOUNTS PAYABLE** | | | | | | |
| FENICS SOFTWARE<br>PRESIDENT / GENERAL COUNSEL<br>55 WATER ST, 10TH FL<br>NEW YORK  NY  10041<br>Creditor: 196 - 06<br> Vendor: 460075 | TRADE PAYABLE | | | | | $11,431.88 |
| FISHERS ROAD LLC<br>COLEEN EMBLIDGE FINANCE MGR<br>1173 PITTSFORD VICTOR RD STE 140<br>PITTSFORD  NY  14534<br>Creditor: 198 - 06<br> Vendor: 760100 | RENT | | | | | $6,585.03 |
| INDUS VALLEY PARTNERS PVT LTD<br>TANYA JAIN<br>1350 BROADWAY SUITE 601<br>NEW YORK  NY  10018<br>Creditor: 199 - 06<br> Vendor: 500800 | CONSULTING FEES | | | | | $4,510.00 |
| KINETIC PARTNERS<br>PRESIDENT / GENERAL COUNSEL<br>675 THIRD AVE, 10TH FL<br>NEW YORK  NY  10017<br>Creditor: 195 - 06<br> Vendor: 540449 | TRADE PAYABLE | | | | | $73,000.00 |
| REUTERS, THOMSON<br>PO BOX 415983<br>BOSTON  MA  02241<br>Creditor: 200 - 06<br> Vendor: 400118 | TRADE PAYABLE | | | | | $4,082.85 |
| ROTHSTEIN KASS<br>1350 AVENUE OF THE AMERICAS<br>NEW YORK  NY  10019<br>Creditor: 205 - 06<br> Vendor: 760083 | PROFESSIONAL FEES | | | | | $63,000.00 |
| **TOTAL SUB SCHEDULE:  ACCOUNTS PAYABLE** | | | | | | **$178,337.04** |

**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

In re: **FX CONCEPTS, LLC**                                                   Case No.: **13-13446 (REB)**

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's Name and Mailing Address Including Zip Code | Date Claim Was Incurred and Consideration for Claim.  If Claim Is Subject to Setoff, So State. | Contingent | Unliquidated | Disputed | Co-Debtor | Amount of Claim |
|---|---|---|---|---|---|---|
| **Sub Schedule:    INTERCOMPANY PAYABLES** | | | | | | |
| FX CONCEPTS (BERMUDA) LTD.<br>PRESIDENT / GENERAL COUNSEL<br>3 PARK AVE, 30TH FLOOR<br>NEW YORK  NY  10016<br>Creditor: 340 - 18 | INTERCOMPANY PAYABLE | | | | | $17,631.22 |
| FX CONCEPTS (SINGAPORE) PTE.<br>PRESIDENT / GENERAL COUNSEL<br>3 PARK AVE, 30TH FLOOR<br>NEW YORK  NY  10016<br>Creditor: 341 - 18 | INTERCOMPANY PAYABLE | | | | | $1,082.52 |
| FX CONCEPTS (UK) LIMITED<br>PRESIDENT / GENERAL COUNSEL<br>3 PARK AVE, 30TH FLOOR<br>NEW YORK  NY  10016<br>Creditor: 339 - 18 | INTERCOMPANY PAYABLE | | | | | $1,632.28 |
| **TOTAL SUB SCHEDULE:  INTERCOMPANY PAYABLES** | | | | | | **$20,346.02** |
| **TOTAL SCHEDULE F - CREDITORS HOLDING UNSECURED NON-PRIORITY CLAIMS:** | | | | | | **$198,683.06** |

                                                                **PAGE TOTAL:**            **$20,346.02**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  **FX CONCEPTS, LLC**                                                        Case No.:  **13-13446 (REB)**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.
If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§ 112; Fed. R.Bankr.P. 1007(m).

<u>See Attached</u>

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:  **FX CONCEPTS, LLC**                                                    Case No.: 13-13446 (REB)

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property.  State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| ALPHA SOURCE CAPITAL PARTNERS<br>PRESIDENT / GENERAL COUNSEL<br>32 EAST 57TH ST<br>NEW YORK  NY  10022<br>Creditor: 325 | DISTRIBUTION/SOLICITATION AGREEMENT |
| AQUA WEALTH MANAGEMENT S.A.<br>PRESIDENT / GENERAL COUNSEL<br>EDIFICIO QUANTUM, OFICINA 2B<br>RUTA 8, KM 17.500, ZONAMERICA<br>MONTEVIDEO   91600  URUGUAY<br>Creditor: 326 | DISTRIBUTION/SOLICITATION AGREEMENT |
| CHARLES JORDAN & CO., LLC<br>PRESIDENT / GENERAL COUNSEL<br>70 EAST 55TH ST, 22ND FLOOR<br>NEW YORK  NY  10022<br>Creditor: 324 | DISTRIBUTION/SOLICITATION AGREEMENT |
| DEUTSCHE BANK TRUST COMPANY AMERICAS<br>DB - ALEX BROWN<br>280 PARK AVE<br>NEW YORK  NY  10017<br>Creditor: 327 | DISTRIBUTION/SOLICITATION AGREEMENT |
| FENICS SOFTWARE<br>PRESIDENT / GENERAL COUNSEL<br>55 WATER ST, 10TH FL<br>NEW YORK  NY  10041<br>Creditor: 196 | OPTIONS PRICING AND RISK MONITORING DATA AGREEMENT |
| FISHERS ROAD LLC<br>COLEEN EMBLIDGE FINANCE MGR<br>1173 PITTSFORD VICTOR RD STE 140<br>PITTSFORD  NY  14534<br>Creditor: 198 | DISASTER RECOVERY SITE AGREEMENT |
| HISHAMUDDIN, DR. PENGIRAN<br>29 JALAN BERIBI, KIARONG<br>BANDAR SERI BEGAWAN, BB1318<br>DARUSSALEM     BRUNEI<br>Creditor: 328 | DISTRIBUTION/SOLICITATION AGREEMENT |
| MARKETFACTORY INC.<br>PRESIDENT / GENERAL COUNSEL<br>425 BROADWAY, 3RD FLOOR<br>NEW YORK  NY  10013<br>Creditor: 322 | ORDER PLACEMENT SYSTEM AND MARKET DATA AGGREGATOR AGREEMENT |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:    FX CONCEPTS, LLC

Case No.: 13-13446 (REB)

## Schedule G - Executory Contracts and Unexpired Leases

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State Whether Lease is for Nonresidential Real Property. State Contract Number of Any Government Contract. |
|---|---|
| **Sub Schedule:** | **EXECUTORY CONTRACTS AND UNEXPIRED LEASES** |
| MISYS INTERNATIONAL BANK<br>1180 AVENUE OF THE AMERICAS, 4TH FLOOR<br>NEW YORK  NY  10036<br>Creditor: 754 | LICENSE AGREEMENT NUMBER LNYC2004 - 109 |
| MUTUAL TRUST COMPANY OF AMERICA<br>PRESIDENT / GENERAL COUNSEL<br>2963 GULF TO BAY BLVD, STE 330<br>CLEARWATER  FL  33759<br>Creditor: 331 | DISTRIBUTION/SOLICITATION AGREEMENT |
| REUTERS TRANSACTION SERVICES LIMITED<br>PRESIDENT / GENERAL COUNSEL<br>153 ROUTE DE THONON<br>1245 COLLONGE-BELLERVE<br>(THOMPSON REUTERS)<br>GENEVA     SWITZERLAND<br>Creditor: 323 | MARKET DATA AND DATA LINE AGREEMENT |
| STRATTON CAPITAL MANAGEMENT LTD<br>PRESIDENT / GENERAL COUNSEL<br>575 MADISON AVE, STE 1006<br>NEW YORK  NY  10022<br>Creditor: 329 | DISTRIBUTION/SOLICITATION AGREEMENT |
| UNIVERSAL FINANCIAL CONSULTANTS, INC.<br>PRESIDENT / GENERAL COUNSEL<br>2963 GULF TO BAY BLVD, SUITE 330<br>CLEARWATER  FL  33759<br>Creditor: 330 | DISTRIBUTION/SOLICITATION AGREEMENT |
| VIANT CAPITAL LLC<br>PRESIDENT / GENERAL COUNSEL<br>500 WASHINGTON ST<br>SAN FRANCISCO  CA  94111<br>Creditor: 332 | DISTRIBUTION/SOLICITATION AGREEMENT |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:  FX CONCEPTS, LLC                                      Case No.:  13-13446 (REB)

---

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.

If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§ 112; Fed. R. Bankr.P. 1007(m).

[x] Check this box if debtor has no codebtors.